UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY, § § § *Plaintiff,* § § v. § § GUSTAVO GARCIA ROGUE, § G__ G__, a minor, and A __ G __, a § minor, § § *Defendants.* | Civil Action No. 3:23-CV-2421-X |

**MEMORANDUM OPINION AND ORDER**

Plaintiff Principal Life Insurance Company filed a Motion for Substitute Service. (Doc. 15). Because Plaintiff has been unable to serve Defendant Roque after multiple attempts, the Court **GRANTS** the motion.

Rule 106(b) of the Texas Rules of Civil Procedure authorizes substitute service of process that is "reasonably effective to give the defendant notice of suit" provided the motion is accompanied by a sworn statement "listing any location where the defendant can probably be found and stating specifically the facts showing that service has been attempted" under 106(a) of the Rules.[1] Plaintiff has satisfied 106(b)'s sworn statement requirement.[2] The Court finds that substitute service will be reasonably effective to give Defendant Roque notice of this lawsuit. Therefore, in

---

[1] Tex. R. Civ. P. 106(b)(2).

[2] *See* Doc. 15-1.

1

accordance with Rule 106(b), the Court authorizes substitute service of process on Defendant Roque by publication.[3]

**IT IS SO ORDERED** this 26th day of December, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[3] See *id.* at 3 (specifying details of publication).